FILED
CLERK, U.S. DISTRICT COURT
10/01/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: LR  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00803-WLH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1): Assault on Federal Officer] |
| ANTHONEY EDWARD ROSALES, | |
| Defendants. | |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1)]

On or about August 17, 2025, in Los Angeles County, within the Central District of California, defendant ANTHONEY EDWARD ROSALES intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim R.L., an employee of the Federal

//
//

Protective Service, and, in doing so, made physical contact with R.L., while R.L. was engaged in, and on account of, the performance of R.L.'s official duties.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

NICHOLAS G. PURCELL
Assistant United States Attorney
General Crimes Section