UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONEY EDWARD ROSALES,<br><br>　　　　Defendant. | No. 2:25-cr-00803-WLH<br><br>AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM [37] |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Warden, Sheriff or Jailor of the Pitchess Detention Center North Facility at 29320 The Old Road, Castaic, California 91384, and to any United States Marshal.

GREETING

　　WE COMMAND that you produce and deliver the body of defendant Anthoney Edward Rosales "defendant," who is now in your custody, before the Honorable Wesley L. Hsu, United States District Judge, Courtroom 9B, 350 West First Street, Los Angeles, California 90012 on January 23, 2026 at 9:00 a.m., in order that defendant may then and there engage in a pretrial conference at said time and place, and also at such other times as may be ordered by the Court.

        The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.



12/9/2025
DATE

CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA