TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6738
     Facsimile: (213) 894-0141
     E-mail:    chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00803-WLH |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| ANTHONEY EDWARD ROSALES, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Chris S. Bulut, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant Anthoney Edward Rosales ("defendant"), who is now detained at the Pitchess Detention Center North Facility, 29320 The Old Road, Castaic, California 91384, in the custody of the Warden, Sheriff, or Jailor of said institution.

     Defendant is requested to be present for a change of plea on February 26, 2026 at 11:00 a.m. in Courtroom 9B, 350 West First

Street, Los Angeles, California 90012, on the Indictment filed in this matter, charging him with Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).  In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

WHEREFORE, the government respectfully requests that the Court issue another order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court commanding the Warden, Sheriff, or Jailor specified above to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: February 9, 2026          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

___/s/_____
CHRIS S. BULUT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2