UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>ANTHONEY EDWARD ROSALES,<br><br>        Defendant. | No. 2:25-cr-00803-WLH<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Based upon the application of plaintiff United States of America and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue for defendant Anthoney Edward Rosales as requested by the government.

IT IS SO ORDERED.

February 9, 2026
DATE

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE